

# COURT OF APPEALS
### TENTH DISTRICT OF TEXAS

January 15, 2021

No. 10-21-00013-CV

## IN RE J. MCDONALD CO., INC., FOR ITSELF AND DERIVATIVELY ON BEHALF OF TROPICAL & LOSEE, LLC, JW WOOD, WESTWOOD INVESTMENTS, INC., AND FIORANO VENTURES, LLC

Original Proceeding

From the 85th District Court
Brazos County, Texas
Trial Court No. 20-003130-CV-85

## JUDGMENT

The Petition for Writ of Mandamus filed by J. McDonald Co., Inc., for Itself and Derivatively on Behalf of Tropical & Losee, LLC, JW Wood, Westwood Investments, Inc., and Fiorano Ventures, LLC has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.

It is further ordered that Tropical & Losee, LLC, David E. Crowe, Fletcher Majors, and April Eyeington, are awarded judgment against J. McDonald Co., Inc., for Itself and Derivatively on Behalf of Tropical & Losee, LLC, JW Wood, Westwood Investments, Inc., and Fiorano Ventures, LLC, jointly and severally, for Tropical & Losee, LLC's, David E. Crowe's, Fletcher Majors's, and April Eyeington's costs that were paid, if any, by Tropical & Losee, LLC, David E. Crowe, Fletcher Majors, and April Eyeington; and all unpaid appellate court cost, if any, is taxed against J. McDonald Co., Inc., for Itself and Derivatively on Behalf of Tropical & Losee, LLC, JW Wood, Westwood Investments, Inc., and Fiorano Ventures, LLC, jointly and severally.

A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.

**Nita Whitener, Clerk**

By: _____
Lanette Sullins, Deputy Clerk